Thai Sheng, Inc.                                                    Tel. (626)255-2526
4327 Temple City Blvd., Temple City, CA 91780


September 20, 2010



(1) Bankruptcy Clerk's Office
255 East Temple Street
Los Angeles, CA 90012

(2) Stephen R. Wade, Esq.
The Law Offices of Stephen R. Wade
400 North Mountain Ave. #214B
Upland, CA 91786


Re:    **CREDITOR'S NOTICE OF ADDRESS**
       CHAPTER 7 PETITION FOR BANKRUPTCY
       DEBTOR: JOHN T. CURRIER
       CASE NO.: 2:10-bk-48412-BR
       DATE FILED: 09/09/2010


Dear Sir or Madam:

Pursuant to U.S. Bankruptcy Code §342(e), Creditor Thai Sheng, Inc., listed as one of the creditors on Debtor's list of creditors, hereby request to receive correspondence to:

(1) Thai Sheng, Inc. at its business address at 4327 Temple City Blvd., Temple City, CA 91780, and

(2) Its attorney's office Abdulaziz, Grossbart & Rudman at PO Box 15458, North Hollywood, CA 91615-5458 who is handling a pending civil case against Debtor John T. Currier at Pasadena Court for Thai Sheng, Inc.

Thank you.


Yours truly,

*[signature]*

Kelvin Wong
President

## PROOF OF SERVICE

I declare that:

I am a resident of the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 9646 Garvey Ave., #203, South El Monte, CA 91733.

On 09/22/2010, I served the following document described as

**CREDITORS' NOTICE OF ADDRESS**

on the interested parties in this action.

**Bankruptcy Clerk's Office**
255 East Temple Street
Los Angeles, CA 90012

**Stephen R. Wade, Esq.**
**The Law Offices of Stephen R. Wade**
400 North Mountain Ave. #214B
Upland, CA 91786

[x] BY MAIL by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid with the U.S. Postal Service at Rosemead, California on the same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 09/22/2010 at South El Monte, California.

_____
JOSEPH LEE