Howard M. Ehrenberg
333 S. Hope Street, 35th Floor
Los Angeles, CA  90071
Telephone:  (213) 626-2311
Facsimile:  (213) 629-4520

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CURRIER, JOHN T<br><br><br><br>Debtor(s). | Case No. 2:10-BK-48412-BR<br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br>**(NO CLAIMS BAR DATE REQUIRED)** |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Howard M. Ehrenberg, the duly appointed and acting chapter 7 trustee in the above-captioned

bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be

administered in the above-captioned bankruptcy case.  At this time, no claims bar date is requested.

Dated: December 14, 2010                                    /s/ Howard M. Ehrenberg
                                                                         Howard M. Ehrenberg
                                                                         Chapter 7 Trustee